IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PROGRESSIVE DIRECT**
**INSURANCE COMPANY**                                                    PLAINTIFF

v.                           No. 2:22-cv-112-DPM

**ASHA KELLY; JOSEPH WALKER;**
**ASHLEY KELLY; VALERIE KELLY;**
**RON KELLY; WILLIE MCCOY;**
**LEENA HOLLINS; TINA ROBERTSON;**
**and BRUCE KELLY**                                                          DEFENDANTS

ORDER

1.   Asha Kelly and Willie McCoy were involved in a car accident in August 2021. All the other defendants were passengers. And all of them were either relatives or friends of one of the two drivers. Progressive insured Asha's vehicle. The company claims that the accident was staged or planned by the group. Progressive has sued everyone involved, seeking a declaratory judgment that it doesn't have a duty to defend or indemnify any of the defendants and that it owes no coverage under the policy. No one answered. The Clerk has entered a default against six of the nine defendants. *Doc. 23-28.*

2.   Progressive's motion for a default judgment against Bruce Kelly, Valerie Kelly, Tina Robertson, Asha Kelly, Ron Kelly, and

Joseph Walker is denied without prejudice. The record presented doesn't establish that Progressive's service on Bruce Kelly, Valerie Kelly, and Tina Robertson was good. None of the return receipts for the process sent by certified mail to these individuals includes the printed name of the person who got the mail. And the signatures on these green cards are illegible or incomplete. *Doc. 4-1, 5-1 & 6-1.* Progressive attempted service by warning order on Asha Kelly, Joseph Walker, and Ron Kelly. None of the warning orders complies with Arkansas Rule of Civil Procedure 4(g)(3)(A)-(D). They don't describe the nature of the action and the relief sought. They also didn't notify the defendants that they had thirty days to appear. For good cause shown, the Court will reopen and extend the time for service on these six defendants. Fed. R. Civ. P. 4(m). Progressive has until 12 November 2023 to get good service.

3. Progressive's motion is also denied without prejudice as to the remaining three defendants, though for different reasons. There was good service on Ashley Kelly, Willie McCoy, and Leena Hollins. *Doc. 9, 10 & 11.* But Progressive seeks to avoid coverage against all the defendants on similar grounds. Granting a default judgment for these three defendants now would necessarily implicate the potential defenses and arguments of the defendants who haven't been served yet. *Alfa Vision Insurance Corp. v. Amaya-Mata*, 2017 WL 11178860, at

*2 (W.D. Ark. 13 July 2017). A decision as to these three individuals must hang fire until the others are served and respond, or not.

\* \* \*

Progressive's motion for default judgment, *Doc. 29*, is denied without prejudice. The time for service on Asha Kelly, Ron Kelly, Joseph Walker, Bruce Kelly, Valerie Kelly, and Tina Robertson is reopened and extended until 12 November 2023.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

11 August 2023