IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

PROGRESSIVE DIRECT
INSURANCE COMPANY                                                              PLAINTIFF

v.                             No. 2:22-cv-112-DPM

ASHA KELLY; JOSEPH WALKER;
ASHLEY KELLY; VALERIE KELLY;
RON KELLY; WILLIE MCCOY;
LEENA HOLLINS; TINA ROBERTSON;
and BRUCE KELLY                                                                DEFENDANTS

ORDER

Progressive's motion for default judgment, *Doc. 48,* is granted. See the Court's earlier Order, *Doc. 31,* for the facts. There was good service on all defendants. *Doc. 52.* And the Clerk has entered defaults. *Doc. 24, 25, 27, 44, 45, 53, 54 & 55.* The defendants have conceded the facts by not responding: They staged or planned the 7 August 2021 auto collision, so Progressive owes them no duties or coverage under the auto policy. Because Progressive only seeks a declaratory judgment, no hearing on damages is needed. *Stephenson v. El-Batrawi,* 524 F.3d 907, 915 (8th Cir. 2008).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2024