IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PROGRESSIVE DIRECT**
**INSURANCE COMPANY**                                                    **PLAINTIFF**

v.                          No. 2:22-cv-112-DPM

**ASHA KELLY; JOSEPH WALKER;**
**ASHLEY KELLY; VALERIE KELLY;**
**RON KELLY; WILLIE MCCOY;**
**LEENA HOLLINS; TINA ROBERTSON;**
**and BRUCE KELLY**                                                       **DEFENDANTS**

## JUDGMENT

Progressive Direct Insurance Company has no duty to defend or indemnify any of the defendants under auto policy number 951006830 in connection with the 7 August 2021 collision.

_____
D.P. Marshall Jr.
United States District Judge

28 June 2024